FILED by __KZ__ D.C.
ELECTRONIC

Jun 13, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-80094-CR-HURLEY/VITUNAC**

CASE NO. _____

18 USC § 1029(a)(3)
18 USC § 1029(c)(1)(A)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YANEXY RICARDO,

    Defendant.
_____/

### INFORMATION

The United States Attorney charges that:

On or about May 25, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

YANEXY RICARDO,

did knowingly and with intent to defraud possess at least fifteen counterfeit access devices, that is, counterfeit credit cards, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A).

_[signature]_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

YANEXY RICARDO,

Defendant.
_____/

CASE NO. 11-80094-CR-HURLEY/VITUNAC

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami    ____ Key West
____ FTL      _X_ WPB    ____ FTP

New Defendant(s)          Yes ____ No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect  Spanish

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days      _X_                 Petty    ____
   II   6 to 10 days     ____                Minor    ____
   III  11 to 20 days    ____                Misdem.  ____
   IV   21 to 60 days    ____                Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No.                11-8185-JMH
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of   N/A
   Defendant(s) in state custody as of     N/A
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

_____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619

*Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __YANEXY RICARDO__

Case No: 11-80094-CR-HURLEY/VITUNAC

Count #: 1

Possession of at least 15 counterfeit access devices

18 USC §§ 1029(a)(3) and 1029(c)(1)(A)

*__Max. Penalty:__ 10 years' imprisonment; $250,000 fine; supervised release of up to 3 years

Count #:



*__Max. Penalty:__

Count #:



*__Max. Penalty:__

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.